United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 98-1458
_____

Keith Lavoyd Griffin,                  *
                                       *
            Appellant,                 *
                                       * Appeal from the United States
     v.                                * District Court for the
                                       * Eastern District of Missouri.
Janis Garavaglia,                      *
                                       *       [UNPUBLISHED]
            Appellee.                  *
                                _____

                     Submitted:  May 22, 1998

                       Filed:  May 26, 1998
                                _____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD,
       Circuit Judges.
                                _____

PER CURIAM.

     Keith Lavoyd Griffin appeals from the district court's[1] 28 U.S.C. § 1915(e)(2)(B)
dismissal of his complaint as frivolous and for failure to state a claim.  Having carefully
reviewed the record and Mr. Griffin's brief, we conclude the district court correctly
dismissed Mr. Griffin's complaint.  Accordingly, the judgment is affirmed.  See 8th Cir.
R. 47B.

_____

     [1]The Honorable Catherine D. Perry, United States District Judge for the Eastern
District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.